■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CRUM, Appellant. [915 NYS2d 876]—Appeal by the defendant from an order of the Supreme Court, Kings County (Marrero, J.), dated March 7, 2006, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's designation of him as a level two sex offender pursuant to Correction Law article 6-C is supported by clear and convincing evidence (*see generally* Correction Law § 168-n [3]; *People v Pettigrew*, 14 NY3d 406, 408 [2010]). Mastro, J.P., Rivera, Austin and Roman, JJ., concur.